■ GAETANO TINOZZI, Respondent v. STATE OF NEW YORK, Appellant. — (Claim No. 34441.) Judgment affirmed, with costs. All concur, Kimball, J., not participating. (Appeal from a judgment of the Court of Claims for claimant on a claim for damages for permanent appropriation of realty.) Present — Kimball, J. P. Williams, Bastow, Goldman and Halpern, JJ.